IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD PISONI AND
DARREN LINDSEY,

**Plaintiffs,**

v.

STATE OF ILLINOIS, ILLINOIS
STATE POLICE, GREG ROBINSON,
JOSEPH KOLLINS, SCOTT KOERNER,
ROB HALEY, LANCE HINKLE, CRAIG
DEMERAT and CHARLES TOLBERT,

**Defendants.**                                                          No. 12-0678-DRH

_____

MARK CAMERON, BRIAN CLEMENTS,
BRIAN HOSAPPLE, and
STEVEN KERLEY,

**Plaintiffs,**

v.

STATE OF ILLINOIS and
STATE OF ILLINOIS POLICE,

**Defendants.**                                                          No. 12-0755-DRH

## ORDER

**HERNDON, Chief Judge:**

      Pending before the Court are motions to consolidate filed in each of the above listed cases (12-0678; Doc. 18) and (12-0755; Doc. 14). Defendants maintain that

consolidation of these two cases is appropriate as they involve common questions of law and fact in that both cases are brought pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, et seq and alleged that plaintiffs were subjected to a hostile work environment in violation of the ADEA and were forced to leave the Illinois State Police SWAT team as a result of this alleged discrimination. As of this date, none of the plaintiffs have filed a response to the motions. Pursuant to Local Rule 7.1(g), the Court considers this failure to respond an admission of the merits of the motions. Based on the reasons stated in the motions, the Court **GRANTS** the motions. The Court **CONSOLIDATES** these cases for all further proceedings. All further pleadings shall be filed in case number 12-0678-DRH.

**IT IS SO ORDERED.**

Signed this 26th day of September, 2012.

Digitally signed by David R. Herndon
Date: 2012.09.26 11:34:15 -05'00'

**Chief Judge**
**United States District Court**